Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSS CANADAY,

        Plaintiff,

  v.

WALMART STORES INC., a corporation registered in Washington,

        Defendant.

No. 3:23-cv-05959-BHS

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

## STIPULATION

IT IS HEREBY STIPULATED by Plaintiff Russ Canaday and Defendant Walmart Stores Inc, by and through their respective counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the above-entitled cause, having been fully settled and compromised, shall be dismissed with prejudice, and without attorneys' fees or costs to any party.  The annexed order is approved as to form and may be presented to and filed with the Court without further notice.

DATED:  4/21/2025

/s/ Nicole M. Tideman
NICOLE M. TIDEMAN, WSBA #45260
Of Attorneys for Plaintiff
Email: tideman@walstead.com

/s/Ryan R. Jones
RYAN R. JONES, WSBA # 52566
Of Attorneys for Defendant
Email:  rrjones@fisherphillips.com

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
NO.: 3:23-CV-05959-BHS

**Walstead Mertsching PS**
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220

ORDER

THIS MATTER having come before the Honorable Benjamin H. Settle of the above-entitled Court upon the stipuation of the parties hereto, and it appearing to the Court that the matter has been fully settled and compromised, now, therefore

IT IS HEREBY ORDRED, ADJUDGED AND DECREED that the Plaintiff's complaint is hereby dismissed with prejudice and without attorneys' fees or costs to either party.

DATED this 22 day of April, 2025.

_____
BENJAMIN H. SETTLE
United States District Judge

| Presented by: | Approved by: |
|---|---|
| /s/Nicole M. Tideman | /s/ Ryan R. Jones |
| NICOLE M. TIDEMAN, WSBA #45260 | RYAN R. JONES, WSBA # 52566 |
| Of Attorneys for Plaintiff | Of Attorneys for Defendant |
| Email: tideman@walstead.com | Email: rrjones@fisherphillips.com |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
NO.: 3:23-CV-05959-BHS

**Walstead Mertsching PS**
Civic Center Building, Third Floor
1700 Hudson Street
PO Box 1549
Longview, Washington 98632-7934
(360) 423-5220